## STATE v. GORDON DONALD BATEMAN.

191 N. W. (2d) 400.

October 22, 1971—No. 42655.

*Roerkohl, Rippe & Lee* and *L. L. Roerkohl,* for appellant.

*Warren Spannaus,* Attorney General, *James M. Kelley,* Assistant Attorney General, *Thomas G. Lockhart,* Special Assistant Attorney General, and *William V. Von Arx,* County Attorney, for respondent.

Heard before Knutson, C. J., and Peterson, Kelly, and Hachey, JJ.

PER CURIAM.

The conviction of defendant for careless driving, Minn. St. 169.13,

538

subd. 3, is not without sufficient evidentiary support and is without constitutional defect or other prejudicial error.

Affirmed.